UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **BETTY RENEA LOVELADY,** | } |
| Plaintiff, | } |
| v. | }   Case No.:  3:13-CV-136-RDP |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | } |
| Defendant. | } |

## MEMORANDUM OPINION

On June 30, 2014, the Magistrate Judge's Report and Recommendation (Doc. #13) was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendation made by the Magistrate Judge.  No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge.  The court further **ACCEPTS** the recommendation of the Magistrate Judge that the case be remanded to the ALJ for further consideration.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this July 17, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE