FILED
2014 Jul-17 PM 04:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| **BETTY RENEA LOVELADY,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 3:13-CV-136-RDP |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | } |
| **Defendant.** | } |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, this case is **REMANDED** to the Administrative Law Judge for further consideration.

**DONE** and **ORDERED** this July 17, 2014.



**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE